IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:19CR3049 |
| vs. | |
| RENEE L. COATS, | ORDER |
| Defendant. | |

During today's conference with counsel, the undersigned magistrate judge was advised that anticipated 404(b) issues should be decided before trial; that a decision on whether to plead or go to trial and the terms of any plea agreement offered by the government may rest how the court rules on the admissibility of 404(b) evidence. The parties therefore jointly move to continue the trial pending an opportunity to raise and obtain an order on those issues. (Filing No. 18). Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The joint motion to continue, (Filing No. 18), is granted. Trial of this case is continued pending further order of the court.

2) A status conference will be held before the undersigned magistrate judge at 10:30 a.m. on September 25, 2019 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss how the parties intend to proceed and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present at the conference.

3) The Court further finds that the time between today's date and September 25, 2019 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

4) The government's motion to continue, (Filing No. 17), is denied as moot.

September 6, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge